UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-124-H-1

UNITED STATES OF AMERICA

v.

ORDER TO SEAL

**RANDALL B. HARRELL**

On motion of the Defendant, **Randall B. Harrell**, and for good cause shown, it is hereby

ORDERED that the **[DE 30]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 4th day of April 2013.

_____
MALCOLM J. HOWARD
Senior United States Judge