# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:10-CR-124-1H

RANDALL B. HARRELL

On February 14, 2014, the above named was released from prison and commenced a term of supervised release for a period of 120 months. On August 11, 2017, the defendant passed away after his battle with cancer. It is accordingly recommended that all proceedings in this case be terminated.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Senior U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2538<br>Executed On: August 14, 2017 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15th day of August 2017.

_____  
Malcolm J. Howard  
Senior U.S. District Judge